No. 85–933.   CARROLLO ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 85–939.   RAMIE *v.* CITY OF HEDWIG VILLAGE, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–943.   MALLET *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–947.   SCHOOL BOARD OF PINELLAS COUNTY, FLORIDA *v.* MANECKE ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–957.   VIGNES *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 85–962.   HERSHEY *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 85–963.   HOLMAN *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 85–981.   CONTACT LENS MANUFACTURERS ASSN. *v.* FOOD AND DRUG ADMINISTRATION OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. D. C. Cir.   Certiorari denied.

No. 85–996.   HILBMANN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–5011.   BARRIENTOS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–5013.   DARWIN *v.* RISON ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5100.   ALDRIDGE *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–5205.   COCHRAN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5227.   GARMANY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.